UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD LAY                                              CIVIL ACTION

VERSUS                                                        NO: 15-1319

TIM MORGAN, WARDEN                              SECTION: R(2)

## ORDER AND REASONS

Pro se litigant Richard Lay petitions the Court for habeas corpus relief under 28 U.S.C. § 2254.[1] The Magistrate Judge recommends that Lay's complaint be dismissed without prejudice because Lay failed to exhaust his state court remedies.[2] Lay objects to the Magistrate Judge's Report & Recommendation (R&R), reiterating the same arguments Lay made in his original petition.[3] Having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's R&R, and Lay's objections to the R&R, the Court approves the R&R and adopts it as its opinion.[4]

---

[1]   R. Doc. 4.

[2]   *See* R. Doc. 18.

[3]   *See* R. Doc. 19.

[4]   The Court notes that the Louisiana First Circuit Court of Appeal has issued its opinion on Lay's direct appeal from his conviction. *See State v. Lay*, No. 2015 KA 0086, 2015 WL 5553675 (La. App. 1 Cir. 2015). This does not alter the Court's conclusion that Lay has failed to exhaust his state court remedies. Exhaustion requires Lay to fairly present the substance of his habeas claims to *highest* state court. *Whitehead v. Johnson*, 157 F.3d 384, 387 (5th Cir. 1998).

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

For the reasons stated in the Magistrate Judge's Report and Recommendation, as well as this Order denying relief, the Court concludes that Lay's petition fails to satisfy this standard.

New Orleans, Louisiana, this ____1st____ day of December, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE